

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2020

No. 04-20-00051-CV

**MEDFINMANAGER, LLC,**
Appellant

v.

John **SALAS,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-22706
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellee's brief was due September 14, 2020. On September 15, 2020, appellee filed his brief and motion requesting a two day extension of time. We **GRANT** the motion and **DEEM** the brief timely filed.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court